UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| CASSANDRA MCCLAIN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE ANTHEM )<br>COMPANIES, INC., )<br>)<br>Defendant. ) | Cause No.: 3:20-CV-671-CHB |

**COMPLAINT AND JURY DEMAND**

**I. NATURE OF THE CASE**

1. This is an action brought by Plaintiff, Cassandra McClain ("McClain"), by counsel, against Defendant, Anthem ("Defendant"), for violating Title VII of the Civil Rights Act of 196, as amended, 42 §2000e *et. seq.* and the Kentucky Civil Rights Act.

**II. PARTIES**

2. McClain, at all relevant times to this ligation, resided within Oldham County, which is within the geographical boundaries of the Western District of Kentucky.

3. Defendant is a corporation that maintains offers and conducts business within the Western District of Kentucky.

**III. JURISDICTION AND VENUE**

4.      Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C§1331; 28 U.S.C. §1343; 28 U.S.C. §1367; and 42 U.S.C. §2000e-5(f)(3).

5.      Defendant is an "employer" as that term is defined by 42 U.S.C. §2000e(b) and KRS3444.030(2).

6.      McClain was an "employee" as that term is defined by 42 U.S.C.§2000e(f) and KRS344.030(5).

7.      McClain satisfied her obligation to exhaust her administrative remedies having timely filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission against Defendant alleging discrimination based on her race.. McClain received his Notice of Suit Rights and timely files this action.

8.      A substantial part of the events, transactions, and occurrences concerning this case arose in the geographical environs of the Western District of Kentucky; thus, venue is proper in this Court.

## IV.  FACTUAL ALLEGATIONS

9.      McClain began working for the Defendant on or about October 9, 2017.

10.     At all relevant times, McClain has met or exceeded Defendant's legitimate performance expectations. Her 2019 performance evaluation indicated that she met expectations and she received the commensurate pay increase.

11.     On or about January 10, 2020, Beth Franke, Director, informed the department that there were issues with the work that was being performed in the

department and that as a result everyone would undergo training, but no one would be moved off of the team.

12. After the meeting, Jamie Forsythe, McClain's Manager, informed McClain that she would be moving to Charlene Marks' team. McClain was the only African American on the team and she was the only individual told that she would be moved.

13. McClain informed Defendant, the that she did not want to be moved and wanted the same training as her co-workers.

14. On or about January 14, 2020, McClain had a conference call with Franke and Forsythe. During the call, McClain had an anxiety attack that triggered her asthma making it difficult for her to breathe. Franke and Forsythe indicated to McClain that her behavior during the call was disrespectful.

15. Rather than provide McClain training, on or about January 21, 2020, Defendant placed her on a thirty-day performance improvement plan and informed her that her employment would be terminated.

16. On or about February 13, 2020, McClain filed a charge of discrimination with the U.S> Equal Employment Opportunity Commission alleging race discrimination.

17. On or about June 8, 2020, Defendant terminated McClain's employment. It told her that it felt that she was not taking responsibility for her actions.

## V. CAUSES OF ACTION

### COUNT I: RACE DISCRIMINATION

18. McClain hereby incorporates paragraphs one (1) through seventeen (17) of his Complaint.

19. Defendant discriminated against McClain based on her race.

20. Defendant's actions were intentional, willful, and in reckless disregard of McClain' rights as protected by the Kentucky Civil Rights Act and Title VII of the Civil Rights Act of 1964.

21. McClain has suffered and continues to suffer damages as a result of Defendant's unlawful actions.

## COUNT II: RETALIATION

22. McClain hereby incorporates paragraphs one (1) through twenty-one (21) of her Complaint.

23. Defendant retaliated against McClain for engaging in protected activity by virtue of her opposition to race discrimination and/or her participation in the EEOC process.

24. Defendant's actions were intentional, willful, and in reckless disregard of McClain' rights as protected by the Kentucky Civil Rights Act and Title VII of the Civil Rights Act of 1964.

25. McClain has suffered and continues to suffer damages as a result of Defendant's unlawful actions.

## VI.  REQUESTED RELIEF

WHEREFORE, Plaintiff, Cassandra McClain, by counsel, respectfully requests that this Court find for Plaintiff and:

1. Permanently enjoin Defendant from engaging in any employment policy or practice that discriminates against any employee on the basis of his/her race;

2. Order that the Plaintiff be awarded any back pay she would have earned, including fringe benefits, with related monetary benefits and interest thereon, absent Defendant's unlawful acts;

3. Award the Plaintiff compensatory damages, consequential damages, and lost wages and benefits in an amount sufficient to compensate Plaintiff for the damages caused by the Defendant's unlawful actions;

4. Award the Plaintiff punitive damages under Title VII of the Civil Rights Act of 1964;

5. Award Plaintiff her attorney fees, litigation expenses, and costs incurred as a result of this action;

6. Award the Plaintiff pre- and post-judgement interest on all sums recoverable; and

7. Grant such other relief as may be just and proper.

Respectfully Submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: */s/Andrew Dutkanych*
Andrew Dutkanych
144 N Delaware Street
Indianapolis, IN 46204
Telephone: (317) 991-4765
Facsimile: (812) 424-1005
Email: ad@bdlegal.com
*Counsel for Plaintiff, Cassandra McClain*

## DEMAND FOR JURY TRIAL

Plaintiff, Cassandra McClain, by counsel, request a trial by jury on all issues deemed so triable.

>Respectfully Submitted,
>
>BIESECKER DUTKANYCH & MACER, LLC
>
>By: */s/Andrew Dutkanych*
>Andrew Dutkanych
>144 N Delaware Street
>Indianapolis, IN 46204
>Telephone:   (317) 991-4765
>Facsimile:   (812) 424-1005
>Email:         ad@bdlegal.com
>*Counsel for Plaintiff, Cassandra McClain*